IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-486-D

| | |
|---|---|
| IRMA RODRIGUEZ and ETHEL DOLORES LAWSON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RIVERSTONE COMMUNITIES, LLC, INDIAN CREEK PARENT, LLC, INDIAN CREEK MHP, LLC, INDIAN CREEK DEALER, LLC, and INDIAN CREEK ASSOCIATION, LLC,<br><br>Defendants. | PLAINTIFFS' UNOPPOSED MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiffs Irma Rodriguez and Ethel Dolores Lawson, on behalf of themselves and all others similarly situated, respectfully move the Court for an order granting final approval to the settlement in this class action and providing other such relief as this Court deems just and proper.

In support of this *Motion,* Plaintiffs attach the Declaration of American Legal Claim Services, LLC Regarding Due Diligence in Noticing, dated January 16, 2024, as Exhibit 1.

Plaintiffs will submit a proposed Final Approval Order and final judgment forthwith, after review by and consultation with Defendants.

For the reasons described in Plaintiffs' Memorandum of Law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter final approval and final judgment in this case.

Respectfully submitted,

1

This the \_\_\_19th\_\_\_ day of \_\_\_January_____, 2024.

For the North Carolina Justice Center:

 /s/ Katharine Woomer-Deters
Katharine Woomer-Deters
NC Bar #33892
Jason Pikler (NC Bar #47128)
Carlene McNulty (NC Bar #12488)
P.O. Box 28068
Raleigh, North Carolina 27611
(919) 861-2072
(919) 856-2175 (fax)
kate@ncjustice.org
jason.pikler@ncjustice.org
carlene@ncjustice.org

Stuart T. Rossman* (BBO # 430640)
Of Counsel
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org

*admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I certify that on this day the foregoing *Plaintiffs' Unopposed Motion for Order Granting Final Approval of Class Action Settlement* was served on the following counsel of record electronically via the court's CM/ECF system:

Corri A. Hopkins
Melanie Black Dubis
Scott E. Bayzle
PARKER POE ADAMS & BERNSTEIN, LLP.
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
melaniedubis@parkerpoe.com
scottbayzle@parkerpoe.com
corrihopkins@parkerpoe.com

Joseph Aviv (Special Appearance)
Patrick Rawsthorne (Special Appearance)
HONIGMAN LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, Michigan  48304
Telephone:     (248) 566-8300
javiv@honigman.com
prawsthorne@honigman.com


This the    19th     day of    January    , 2024.

> For the North Carolina Justice Center:
>
> */s/ Katharine Woomer-Deters*
> Katharine Woomer-Deters (NC Bar #33892)
> NORTH CAROLINA JUSTICE CENTER
> P.O. Box 28068
> Raleigh, North Carolina 27611
> Tel: (919) 861-2072
> Fax: (919) 856-2175
> kate@ncjustice.org